UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADFORD A. PINKHAM,<br><br>    Petitioner,<br><br>vs.<br><br>RAYMOND MADDEN, Warden,<br><br>    Respondent. | Case No. CV 16-01088-AG (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: May 19, 2017

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

1